IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:14-cv-01707-MSS-TBM

3LIONS PUBLISHING, INC.

    Plaintiff,

v.

JUNIPER NETWORKS, INC.

    Defendant.

_____/

**LOCAL RULE 2.02(a) WRITTEN DESIGNATION AND
CONSENT-TO-ACT BY NON-RESIDENT ATTORNEY**

Pursuant to Local Rule 2.02(a) for the United States District Court for the Middle District of Florida, non-resident attorney Jonathan S. Kagan hereby files this Written Designation and Consent-to-Act and state as follows:

1. Jonathan S. Kagan is a partner with the law firm of IRELL & MANELLA LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067; Telephone: (310) 203-7671/Fax: (310) 556-5306; e-mail: JKagan@irell.com.

2. Jonathan S. Kagan is a member in good standing of the California Bar, is admitted to practice before the United States District Court for the Central, Northern, and Eastern Districts of California, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Federal Circuit, and has never been disciplined by these courts, nor by any other courts or bars whatsoever.

3. Jonathan S. Kagan has not appeared frequently or regularly in cases pending before the United States District Court for the Middle District of Florida.

4. Jonathan S. Kagan hereby designates the following member of the bar of the United States District Court for the Middle District of Florida, who resides in Florida, to receive all notices and papers for him and who shall be responsible for the progress of the case, including

{29613072;1}

the trial in case of his default: David Brafman, Akerman LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL 33401.

5.  David Brafman is a resident member in good standing of the Florida Bar and this Court, and accepts the designation pursuant to Local Rule 2.02(a) and all responsibilities assigned therein.

6.  Jonathan S. Kagan is familiar with the local rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

7.  Jonathan S. Kagan certifies that he has complied with the fee and e-mail registration requirements of Local Rule 2.02(a).

Dated:  October 7, 2014

Respectfully submitted,

*/s/ David Brafman*
David Brafman (FL Bar No. 68289)
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL  33401
Telephone: (561) 659-5000
Fax: (561) 659-6313
E-mail: david.brafman@akerman.com
*Attorney for Juniper Networks, Inc.*

Of Counsel:
Jonathan S. Kagan
David Nimmer
(*pro hac vice admissions pending*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 203-7671
Fax: (310) 556-5306
E-mail:  JKagan@irell.com
             DNimmer@irell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *David Brafman*
David Brafman (FL Bar No. 68289)