IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:14-cv-01707-MSS-TBM

3LIONS PUBLISHING, INC.

    Plaintiff,

v.

JUNIPER NETWORKS, INC.

    Defendant.

_____/

### MOTION FOR DAVID NIMMER TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 2.02 of the Middle District of Florida, the undersigned respectfully moves for admission *pro hac vice* of David Nimmer of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067 for purposes of appearance in this case as co-counsel for Defendant Juniper Networks, Inc. and states as follows:

    1.    In accordance with Local Rule 2.02(a), a Special Admission Attorney Certification form and payment of the requisite fee is being submitted to the Clerk of the Court simultaneously herewith, as well as the filing of a Written Designation and Consent-to-Act by Non-Resident Attorney. These documents are incorporated herein by reference.

    2.    David Nimmer is an attorney licensed in the State of California and has been a member in good standing of the State Bar of California since 1981.

    3.    David Nimmer was also admitted to practice before the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit in March of 1981.

4. David Brafman, an attorney in Akerman LLP's West Palm Beach, Florida office, has been designated as local counsel for Defendant. Mr. Brafman is qualified to practice in this Court and consents to designation as local counsel.

5. David Nimmer has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

6. David Nimmer is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional members of the Florida Bar.

WHEREFORE, David Brafman moves this Court to enter an Order authorizing David Nimmer to appear before this Court on behalf of Defendant Juniper Networks, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David Nimmer at DNimmer@irell.com.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel hereby certifies that (1) he has conferred with counsel for Plaintiff regarding the foregoing Motion and (2) Plaintiff's counsel has advised they do not object to the relief requested therein.

Dated: October 7, 2014              */s/ David Brafman*
                                    David Brafman (FL Bar No. 68289)
                                    AKERMAN LLP
                                    777 South Flagler Drive
                                    Suite 1100 West Tower
                                    West Palm Beach, FL  33401
                                    Telephone: (561) 659-5000
                                    Fax: (561) 659-6313
                                    E-mail: david.brafman@akerman.com
                                    *Attorney for Juniper Networks, Inc.*

{29590185;1}

{29590185;1}

<u>Of Counsel</u>:
Jonathan S. Kagan
David Nimmer
(*pro hac vice admissions pending*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 203-7671
Fax: (310) 556-5306
E-mail: JKagan@irell.com
   DNimmer@irell.com

## **CERTIFICATE OF SERVICE**

 WE HEREBY CERTIFY that on October 7, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ David Brafman*
David Brafman (FL Bar No. 68289)
