IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| 3LIONS PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIPER NETWORKS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 8:14-cv-01707-MSS-TBM |

## **JUNIPER NETWORKS, INC.'S MOTION TO FILE UNDER SEAL AND MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 1.09, Defendant Juniper Networks, Inc. ("Juniper") hereby files its Motion to File Under Seal, and as grounds therefore state:

1. Plaintiff 3Lions Publishing, Inc. has filed a Motion to Compel a Discovery Response from Juniper Networks, Inc. and Sanctions. Dkt. No. 38 ("Motion").

2. Juniper will file a Response in Opposition to Plaintiff's Motion ("Response"). The Response will be supported by the attached Declaration of Rachel Faulkner in Support of Juniper Networks, Inc.'s Response in Opposition to Plaintiff's Motion to Compel a Discovery Response from Juniper Networks, Inc. and Sanctions ("Faulkner Declaration"), with associated exhibits.

3. One of the exhibits attached to the Faulkner Declaration is a document labeled "Exhibit F." Exhibit F is a copy of the current document retention policy for Juniper.

4. Exhibit F is treated as a confidential internal document by Juniper. The document is not publically available, and is marked with the legend "Juniper Networks— Proprietary and Confidential." The information contained in Exhibit F is sensitive

business information that could threaten the security of Juniper's internal documents if made publically available. As Juniper's business relates to network security, it is especially important that Juniper's internal documents remain secure.

5. Juniper also designates Exhibit F as "Confidential" under ¶ 2 of the Stipulated Protective Order Regarding Confidentiality of Discovery Materials entered in this action.

6. Exhibit F will be cited in the body of Juniper's Response and provides necessary support for some of the statements made in the Response. Juniper therefore believes that it is necessary that the Court be provided with a copy of Exhibit F in order to properly evaluate Juniper's arguments.

7. In order to provide the Court with a copy of Exhibit F, it is necessary to file Exhibit F under seal. Other methods, such as redaction, are not sufficient because Juniper's Response will state that certain matter is *not* contained in Exhibit F, making an examination of the entire document necessary.

8. The Court may permit parties to file documents under seal upon finding extraordinary circumstances. *See Brown v. Advantage Engineering, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992). Exhibit F is currently deemed "Confidential" because of the confidential and proprietary nature of the information therein, and cannot otherwise be protected at this point without sealing. Therefore, Juniper requests that Exhibit F be permanently sealed.

WHEREFORE, Juniper respectfully requests that this Court enter an Order permitting Juniper to file Exhibit F to the Declaration of Rachel Faulkner in Support of Juniper Networks,

Inc.'s Response in Opposition to Plaintiff's Motion to Compel a Discovery Response from Juniper Networks, Inc. and Sanctions under seal.

Date: March 2, 2015  /s/ Rachel Faulkner

                                        RACHEL FAULKNER
Admitted Pro Hac Vice
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7671
Fax: (310) 556-5306
E-mail: RFaulkner@irell.com

*Attorney for Defendant Juniper Networks, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 2, 2015, a true and correct copy of the foregoing was served electronically on counsel of record for the Plaintiff.

/s/ Rachel Faulkner

Rachel Faulkner
*Attorney for Defendant Juniper Networks, Inc.*