**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**3LIONS PUBLISHING, INC.,**

    Plaintiff,

v.                                                                                **Case No: 8:14-cv-1707-T-35TBM**

**JUNIPER NETWORKS, INC.,**

    Defendant.
_____/

## ORDER

This case is before the Court *sua sponte*. This matter is currently set for trial on the January 2016 trial term; however, due to the constitutional mandates of speedy trial for the Court's felony criminal docket[1] and the press of other business matters, the Court finds it necessary to reset the jury trial in this matter to the April 2016 trial term.

Accordingly, it is **ORDERED as follows:**

1. This matter is re-set to the **April 2016 trial term,** which commences on April 4, 2016 with a more precise date to follow.

2. The Parties shall adhere to the following pretrial scheduling deadlines:

    a. Motions *in limine* are to be filed on or before **March 7, 2016**.

    b. Trial Briefs and Deposition Designations are to be filed on or before **March 14, 2016**.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2015.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

1 The Court has a two-month long criminal trial set for the months of January and February.